UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GRACIALA GONZALEZ,<br><br>                Plaintiff,<br><br>v.<br><br>NATIONAL BUSINESS FACTORS, INC.<br><br>                Defendant. | Case No. 2:16-cv-001194-APG-VCF<br><br>**ORDER REASSIGNING THIS CASE TO THE UNOFFICIAL NORTHERN DIVISION OF THIS DISTRICT**<br><br>(ECF No. 7) |

        The plaintiff is a resident of Washoe County, Nevada, which sits in the unofficial northern division of this district. Defendant Nevada Business Factors, Inc. is based in Carson City (also in the northern division), and was attempting to collect a debt that the plaintiff incurred for medical services rendered in Washoe County. The relevant records and witnesses appear to be located in the northern division. "All . . . civil actions must be filed in the clerk's office for the unofficial division of the court in which the action allegedly arose." Local Rule IA 1-8(a). Despite that rule, the plaintiff filed this action in the unofficial southern division of this district.

        The defendant has moved to transfer this case to the northern division. ECF No. 7. The plaintiff has filed no opposition. "The failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion." Local Rule 7-2(d). Good cause exists to reassign this case to the unofficial northern division.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

IT IS ORDERED that this action is hereby transferred to the unofficial northern division of this district for all further proceedings. The clerk is directed to administratively close this case, assign a new case number from the unofficial northern division of this district, and randomly reassign the case to a new District Judge and Magistrate Judge.

DATED THIS 17th day of August, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE